**Fill in this information to identify the case:**

Debtor 1 Jared Hunter Scarth

Debtor 2 (Spouse, if filing) ____

United States Bankruptcy Court for the: Central District of California

Case number 2312742

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 3-1

**Last 4 digits** of any number you use to identify the debtor's account: 9 3 1 6

**Date of payment change:** Must be at least 21 days after date of this notice: 04/01/2024

**New total payment:** Principal, interest, and escrow, if any: $1634.89

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

☐ No
☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

**Current escrow payment: $** 498.27 **New escrow payment: $** 535.35

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☑ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

**Current interest rate:** ____% **New interest rate:** ____%

**Current principal and interest payment:** $ ____ **New principal and interest payment:** $ ____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change:

**Current mortgage payment: $** ____ **New mortgage payment: $** ____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/John Tamburo
Signature

Date 03/05/2024

Print: Tamburo, John
First Name Middle Name Last Name

VP Loan Documentation
Title

Company Wells Fargo Bank, N.A.

Address MAC N9286-01Y
Number Street

P.O. Box 1629
Address 2

Minneapolis MN 55440-9790
City State ZIP Code

Contact phone 800-274-7025

NoticeOfPaymentChangeInquiries@wellsfargo.com
Email

# UNITED STATES BANKRUPTCY COURT

Central District of California

Chapter 13 No. 2312742
Judge: Wayne E. Johnson

In re:
Jared Hunter Scarth

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before March 06, 2024 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Debtor:

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Jared Hunter Scarth
31222 Mangrove Dr

Temecula CA 92592-4176

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

Debtor's Attorney:

By Court's CM/ECF system registered email address

Benjamin Heston
Nexus Bankruptcy
100 Bayview Circle #100

Newport Beach CA 92660

By Court's CM/ECF system registered email address

N/A

Trustee:

By Court's CM/ECF system registered email address

Rod Danielson (TR)

3787 University Avenue

Riverside CA 92501

/s/John Tamburo

VP Loan Documentation
Wells Fargo Bank, N.A.

WELLS FARGO

**Return Mail Operations**
PO Box 14547
Des Moines, IA 50306-4547

## Escrow Review Statement

*For informational purposes only*

**Statement Date:** February 13, 2024
**Loan number:** [redacted]
**Property address:**
31222 MANGROVE DRIVE
TEMECULA CA 92592

JARED H SCARTH
31222 MANGROVE DR
TEMECULA CA 92592-4176

### Customer Service

**Online**
wellsfargo.com

**Telephone**
1-800-340-0473

**Correspondence**
PO Box 10335
Des Moines, IA 50306

**Hours of operation**
Mon - Fri 7 a.m. - 7 p.m. CT

**To learn more, go to:**
wellsfargo.com/escrow

We accept telecommunications relay service calls

***If you are in an active bankruptcy case or have received a discharge under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The informational summaries below are based on the terms of the loan.***

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

The escrow account has a shortage of **$221.67**

Here's what we found:

- **Required Minimum Balance:** The escrow account balance is projected to fall below the required minimum balance. This means there is a **shortage**.
- **Payments:** As of the **April 1, 2024** payment, the escrow portion of the payment **increases**.

## Part 1 - Mortgage payment

### Option 1 — Pay the shortage amount over 12 months

| | Previous payment through 03/01/2024 payment date | New payment beginning with the 04/01/2024 payment |
|---|---|---|
| **Principal and/or interest** | **$1,099.54** | **$1,099.54** |
| **Escrow payment** | **$498.27** | **$535.35** |
| **Total payment amount** | **$1,597.81** | **$1,634.89** |

**Option 1: No action required**

Starting **April 1, 2024** the new payment amount will be **$1,634.89**

### Option 2 — Pay the shortage amount of $221.67

| | Previous payment through 03/01/2024 payment date | New payment beginning with the 04/01/2024 payment |
|---|---|---|
| **Principal and/or interest** | **$1,099.54** | **$1,099.54** |
| **Escrow payment** | **$498.27** | **$516.88** |
| **Total payment amount** | **$1,597.81** | **$1,616.42** |

**Option 2: Pay shortage in full**

Starting **April 1, 2024** the new payment amount will be **$1,616.42**

**See the following pages for more detail.**

WELLS FARGO

***If you are in an active bankruptcy case or have received a discharge under the United States Bankruptcy Code, this coupon is being provided for informational purposes only. If your Chapter 13 plan calls for your Chapter 13 Trustee to make the on-going post-petition mortgage payments, please contact your attorney or the Trustee's office before directly sending any amounts relating to this escrow shortage.***

JARED H SCARTH

Wells Fargo Home Mortgage
PO Box 51162
Los Angeles, CA 90051-5462

If you choose to pay the shortage in full as referenced in Option 2, detach this coupon and mail it along with a check for **$221.67** to the address that appears on this coupon.

This payment must be received no later than **April 1, 2024**.

936 [redacted] 2 10 02 00159781 00161642 00181948 00022167 0

# Part 2 - Payment calculations

For the past review period, the amount of the escrow items was $3,785.27. For the coming year, we expect the amount paid from escrow to be $6,202.54.

## How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

## Escrow comparison

| | 04/22 - 03/23 (Actual) | 04/23 - 03/24 (Actual) | 07/23 - 02/24 (Actual) | 04/24 - 03/25 (Projected) | | # of months | | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| **Property taxes** | $4,722.86 | $2,417.27 | $2,417.27 | $4,834.54 | ÷ | **12** | = | $402.88 |
| **Property insurance** | $1,256.38 | $1,368.00 | $1,368.00 | $1,368.00 | ÷ | **12** | = | $114.00 |
| **Total taxes and insurance** | $5,979.24 | $3,785.27 | $3,785.27 | $6,202.54 | ÷ | **12** | = | **$516.88** |
| **Escrow shortage** | $518.41 | $0.00 | $0.00 | **$221.67** | ÷ | **12** | = | $18.47** |
| **Total escrow** | $6,497.65 | $3,785.27 | $3,785.27 | $6,424.21 | ÷ | **12** | = | $535.35 |

**This amount is added to the payment if Option 1 on page 1 is selected.

## Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| | | | |
|---|---|---|---|
| Lowest projected escrow balance March 2025 | | **$152.03** | (Calculated in Part 4 - Escrow account projections table) |
| Bankruptcy adjustment‡ | + | **$660.06** | |
| Minimum balance for the escrow account† | - | **$1,033.76** | |
| **Escrow shortage** | = | **-$221.67** | |

‡This adjustment of $660.06, is the remaining amount of the pre-petition escrow shortage included in our proof of claim being paid through the confirmed bankruptcy plan.

†The minimum balance includes a cash reserve to help cover any increase in taxes and/or insurance as allowed by state laws and/or the mortgage contract. This account is set to a 2 month cash reserve amount. To calculate the cash reserve for the escrow account, we add the yearly escrow payments, and divide by 6.

## Important messages

You've received interest in the amount of $38.83.

# Part 3 - Escrow account history

## Escrow account activity from June 2023 to March 2024

| Date | Deposits to escrow Actual | Deposits to escrow Projected | Deposits to escrow Difference | Payments from escrow Actual | Payments from escrow Projected | Payments from escrow Difference | Description | Escrow balance Actual | Escrow balance Projected | Escrow balance Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| Jun 2023 | | | | | | | Starting Balance | $1,831.29 | | |
| Jun 2023 | $498.27 | | | $0.00 | | | | $2,329.56 | | |
| Jul 2023 | $0.00 | $498.27 | -$498.27 | $0.00 | $0.00 | $0.00 | | $2,329.56 | $2,989.62 | -$660.06 |
| Aug 2023 | $498.27 | $498.27 | $0.00 | $0.00 | $0.00 | $0.00 | | $2,827.83 | $3,487.89 | -$660.06 |
| Sep 2023 | $498.27 | $498.27 | $0.00 | $1,368.00 | $0.00 | $1,368.00 | STATE FARM INS | $1,958.10 | $3,986.16 | -$2,028.06 |
| Oct 2023 | $498.27 | $498.27 | $0.00 | $0.00 | $1,256.38 | -$1,256.38 | STATE FARM INS | $2,456.37 | $3,228.05 | -$771.68 |
| Nov 2023 | $498.27 | $498.27 | $0.00 | $2,417.27 | $2,361.43 | $55.84 | RIVERSIDE COUNTY (RW) | $537.37 | $1,364.89 | -$827.52 |
| Dec 2023 | $537.10 | $498.27 | $38.83 | $0.00 | $0.00 | $0.00 | | $1,074.47 | $1,863.16 | -$788.69 |
| Jan 2024 | $498.27 | $498.27 | $0.00 | $0.00 | $0.00 | $0.00 | | $1,572.74 | $2,361.43 | -$788.69 |
| Feb 2024 | $498.27 | $498.27 | $0.00 | $0.00 | $0.00 | $0.00 | | $2,071.01 | $2,859.70 | -$788.69 |
| Mar 2024 (estimate) | $498.27 | $498.27 | $0.00 | $2,417.27 | $2,361.43 | $55.84 | RIVERSIDE COUNTY (RW) | $152.01 | $996.54 | -$844.53 |
| Totals | $4,523.26 | $4,484.43 | -$459.44 | $6,202.54 | $5,979.24 | $223.30 | | | | |

If the activity contains (estimate), then "deposits to" or "payments from" escrow or both are estimated amounts that have not actually occurred.

# Part 4 - Escrow account projections

## Escrow account projections from April 2024 to March 2025

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|---|---|---|---|---|---|
| Mar 2024 | | | Starting balance | $152.01 | $1,033.74 |
| Apr 2024 | $516.88 | $0.00 | | $668.89 | $1,550.62 |
| May 2024 | $516.88 | $0.00 | | $1,185.77 | $2,067.50 |
| Jun 2024 | $516.88 | $0.00 | | $1,702.65 | $2,584.38 |
| Jul 2024 | $516.88 | $0.00 | | $2,219.53 | $3,101.26 |
| Aug 2024 | $516.88 | $0.00 | | $2,736.41 | $3,618.14 |
| Sep 2024 | $516.88 | $0.00 | | $3,253.29 | $4,135.02 |
| Oct 2024 | $516.88 | $1,368.00 | STATE FARM INS | $2,402.17 | $3,283.90 |
| Nov 2024 | $516.88 | $2,417.27 | RIVERSIDE COUNTY (RW) | $501.78 | $1,383.51 |
| Dec 2024 | $516.88 | $0.00 | | $1,018.66 | $1,900.39 |
| Jan 2025 | $516.88 | $0.00 | | $1,535.54 | $2,417.27 |
| Feb 2025 | $516.88 | $0.00 | | $2,052.42 | $2,934.15 |
| Mar 2025 | $516.88 | $2,417.27 | RIVERSIDE COUNTY (RW) | $152.03 | $1,033.76 |
| Totals | $6,202.56 | $6,202.54 | | | |

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. © 2022 Wells Fargo Bank, N. A. All rights reserved.
NMLSR ID 399801 Member FDIC