Certificate Number: 12459-CAC-CC-037259035



12459-CAC-CC-037259035

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>March 14, 2023</u>, at <u>1:30</u> o'clock <u>AM PDT</u>, <u>Jared Scarth</u> received from <u>Abacus Credit Counseling</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Central District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.


Date:   <u>March 14, 2023</u>             By:    <u>/s/Hokulani Kabaka</u>

                                        Name:  <u>Hokulani Kabaka</u>

                                        Title: <u>Credit Counselor</u>


* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).