| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address<br><br>**NEXUS BANKRUPTCY**<br>BENJAMIN HESTON (297798)<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>*ben@nexusbk.com*<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for: Debtor* | FOR COURT USE ONLY |
|---|---|

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**JARED HUNTER SCARTH**<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO: **6:23-bk-12742-WJ**<br><br>CHAPTER: **13**<br><br>**NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE**<br><br>**(with supporting declarations)**<br><br>DATE: **July 19, 2023**<br>TIME: **2:30 PM**<br>COURTROOM: **304**<br>PLACE: **3420 Twelfth Street**<br>       **Riverside, CA 92501** |
|---|---|

**Movant: JARED HUNTER SCARTH**

1. NOTICE IS HEREBY GIVEN to **Prominence Capital Partners** (Secured Creditor/Lessor), trustee (if any), and affected creditors (Responding Parties), their attorneys (if any), and other interested parties that on the above date and time and in the stated courtroom, Movant in the above-captioned matter will move this court for an order imposing a stay or continuing the automatic stay as to certain creditors and actions described in the motion on the grounds set forth in the attached motion.

2. **Hearing Location:**

   ☐ 255 East Temple Street, Los Angeles, CA 90012         ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367      ☐ 1415 State Street, Santa Barbara, CA 93101
   ☒ 3420 Twelfth Street, Riverside, CA 92501

3. a.  ☐  This Motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response to this motion with the court and serve a copy of it upon the Movant's attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this motion.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                   Page 1                         **F 4001-1.IMPOSE.STAY.MOTION**

- b. ☒ This motion is being heard on SHORTENED NOTICE.  If you wish to oppose this motion, you must appear at the hearing.  Any written response or evidence must be filed and served: ☒ at the hearing **OR** ☒ at least **0** days before the hearing.

    (1) ☒ An Application for Order Setting Hearing on Shortened Notice was not required (according to the calendaring procedures of the assigned judge).

    (2) ☐ An Application for Order Setting Hearing on Shortened Notice was filed per LBR 9075-1(b) and was granted by the court and such motion and order has been or is being served upon the appropriate creditor(s) and trustee, if any.

    (3) ☐ An Application for Order Setting Hearing on Shortened Notice has been filed and remains pending.  Once the court has ruled on that motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

4. You may contact the Clerk's Office or use the court's website (www.cacb.uscourts.gov) to obtain a copy of an approved court form for use in preparing your response (optional court form F 4001-1.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

5. If you fail to file a written response to the motion or fail to appear at the hearing, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Date: **July 5, 2023**

**Nexus Bankruptcy**
Printed name of law firm (if applicable)

**Benjamin Heston**
Printed name of individual Movant or attorney for Movant

**/s/Benjamin Heston**
Signature of individual Movant or attorney for Movant

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                           Page 2                                    **F 4001-1.IMPOSE.STAY.MOTION**

# MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE

**Movant: <u>JARED HUNTER SCARTH</u>**

1. **The Property or Debt at Issue:**

    a. ☒ Movant moves for an order imposing a stay with respect to the following property (Property):

    ☐ Vehicle *(describe year, manufacturer, type, and model)*:
    Vehicle Identification Number:
    Location of vehicle *(if known)*:

    ☐ Equipment *(describe manufacturer, type, and characteristics)*:
    Serial number(s):

    Location *(if known)*:

    ☐ Other Personal Property *(describe type, identifying information, and location)*:

    ☒ Real Property
    Street Address: **31222 Mangrove Drive**
    Apt./Suite No.:
    City, State, Zip Code: **Temecula, CA 92592**

    Legal description or document recording number(include county of recording):

    ☐ See attached continuation page

The following creditor(s) have a security interest or unexpired lease in this Property (give full name and address of creditor) (see below) to secure the sum of approximately (see below) now owed. (Secured Creditor/Lessor). Additional creditors who are the subject of this motion, and their respective claims, addresses and collateral, are described on the continuation sheets attached. (*Attach additional sheets as necessary*)

Wells Fargo Bank
PO Box 1629
Minneapolis, MN 55440-1629
Claim: $243,210
Collateral: Debtor's Residence

US Department of HUD
One Sansome Street, Suite #1200
San Francisco, CA 94104-4448
Claim: $82,802
Collateral: Debtor's Residence

Riverside County Tax Collector
4080 Lemon St. 4th Floor
Riverside, CA 92501-3609
Claim: $4,355
Collateral: Debtor's Residence

Western Star Financial
3845 10th Street
Riverside, CA 92501-3519
Claim: $66,021
Collateral: Debtor's Residence

Prominence Capital Partners
974 Sandstone Drive
Glendora, CA 91740-5392
Claim: $77,327
Collateral: Debtor's Residence

b. ☐ Movant moves for an order **imposing a stay** with respect to *any and all actions* against the Debtor and the estate taken concerning the debt/lease owed to the <u>Secured Creditors/Lessors</u> as described in this motion; and/or

c. ☐ Movant moves for an order **imposing a stay** <u>as to *all creditors*.</u>

d. ☒ Movant moves for an order **continuing the automatic stay** with respect to any and all actions against the Debtor and the estate taken concerning the debt/lease owed to the <u>Secured Creditor/Lessor</u>, and/or

e. ☒ Movant moves for an order **continuing the automatic stay** <u>as to *all creditors*</u>.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 3     **F 4001-1.IMPOSE.STAY.MOTION**

2. **Case History:**

   a. ☒ A voluntary    ☐ An involuntary petition concerning an individual[s] under chapter    ☐ 7    ☐ 11    ☐ 12

      ☒ 13 was filed concerning the present case on *(specify date)*: **June 23, 2023**

   b. ☐ An Order of Conversion to Chapter    ☐ 7    ☐ 11    ☐ 12    ☐ 13 was entered on *(specify date)*:

   c. ☐ Plan was confirmed on *(specify date)*:

   d. ☒ Other bankruptcy cases filed by or against this Debtor have been pending within the past year preceding the petition date in this case. These cases and the reasons for dismissal are:

      1. Case name: **In re Jared Hunter Scarth**
         Case number: **6:23-bk-10960-WJ**    Chapter: **13**
         Date Filed: **March 14, 2023**    Date dismissed: **May 25, 2023**
         Relief from stay re this Property    ☐ was    ☒ was not granted
         Reason for dismissal:

         **Dismissed for failure to timely file the Secured Debt Payment History Declaration.**

      2. Case name:
         Case number:    Chapter:
         Date Filed:    Date dismissed:
         Relief from stay re this Property    ☐ was    ☐ was not granted
         Reason for dismissal:

      ☐ See attached continuation page

   e. ☐ As of the date of this motion the Debtor ☐ has ☒ has not filed a statement of intentions regarding this Property as required under 11 U.S.C. §521(a)(2). If a statement of intentions has been filed, Debtor ☐ has ☐ has not performed as promised therein.

   f. ☒ The first date set for the meeting of creditors under 11 U.S.C §341(a) is/was **July 19, 2023** and the court ☐ has ☐ has not fixed a later date for performance by Debtor of the obligations described at 11 U.S.C.§521(a)(2). The extended date *(if applicable)* is ___.

   g. ☐ In a previous case(s), as of the date of dismissal there was:
      ☐ an action by the Secured Creditor/Lessor under 11 U.S.C. §362(d) still pending or
      ☐ such action had been resolved by an order terminating, conditioning, or limiting the stay as to such creditor.

3. The equity in the property is calculated as follows:

   a) 1. Property description/value: **31222 Mangrove Drive, Temecula, CA 92592**    $692,000
      2. Creditor/Lien amount: **Wells Fargo Bank**    $243,210
      3. Creditor/Lien amount: **US Department of Housing and Urban Development**    $82,802
      4. Creditor/Lien amount: **Riverside County Tax Collector**    $4,355
      5. Creditor/Lien amount: **Western Star Financial**    $66,021
      6. Creditor/Lien amount: **Prominence Capital Partners**    $77,327
      7. Total Liens    $473,715
      8. Debtor's Homestead Exemption    $615,000
      9. Equity in the Property (subtract lines 7 and 8 from line 1 and enter here)    ($396,715)

   b) 1. Propery description/value: ___    $___
      2. Creditor/Lien amount: ___    $___
      3. Creditor/Lien amount: ___    $___
      4. Creditor/Lien amount: ___    $___

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 4    **F 4001-1.IMPOSE.STAY.MOTION**

5. Creditor/Lien amount: $__
6. Total Liens $__
7. Debtor's Homestead Exemption $__
8. Equity in the Property (subtract lines 6 and 7 from line 1 and enter here) $__

☐ See attached continuation page

4. **Grounds for Continuing the Stay:**

   a.  ☒ Pursuant to 11 U.S.C. § 362(c)(3) the stay should be continued on the following grounds:

   1. ☒ The present case was filed in good faith notwithstanding that a prior single or joint case filed by or against the individual Debtor which was pending within the year preceding the petition date was dismissed, because:

      A. ☐ The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C.§707(b);

      B. ☒ Good faith is shown because:

      **The prior dismissal was not caused by the Debtor. At the time of dismissal, he was in compliance with all terms of the Plan. The dismissal was caused by the failure to timely file the Secured Debt Payment History Declaration. The Debtor timely made the required payments and timely provided proof of those payments to his attorney. His attorney was unable to timely file the declaration due to family issues that he was dealing with at the time.**

      ☐ See attached continuation page

   2. ☒ The Property is of consequential value or benefit to the estate because:

      A. ☒ The fair market value of the Property is greater than all liens on the Property as shown above in paragraph 3 and as supported by declarations attached *(describe separately as to each property)*;

      B. ☒ The Property is necessary to a reorganization for the following reasons:

      **The Property is Debtor's residence and is inherently necessary for reorganization. <u>In re Elmore</u>, (BC CD CA 1988) 94 BR 670, 677.**

      ☐ See attached continuation page

      C. ☒ The Secured Creditor/Lessor's interest can be adequately protected by (describe Movant's proposal for adequate protection:)

      **The Debtor will be making post-petition payments. 11 U.S.C. §361(1).**

      **The Property has a substantial equity cushion. <u>In re Mellor</u>, (9th Cir. 1984) 734 F2d 1396, 1400; <u>Matter of Plaza Family Partnership</u>, (ED CA 1989) 95 BR 166, 171; <u>In re Helionetics, Inc.</u> (BCCD CA 1987) 70 BR 433, 440; <u>In re Southerton Corp.</u> (MD PA 1982) 46 BR 391, 399.**

      ☐ See attached continuation page

   3. ☒ The presumption of a bad faith filing under 11 U.S.C.§362(c)(3)(C)(i) is overcome in this case as to *all creditors* because:

      A. ☐ The prior dismissal was pursuant to the creation of a debt repayment plan. 11 U.S.C.§362(i);

      B. ☒ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting in dismissal was excusable because such failure was caused by the negligence of Debtor's attorney;

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 5                         **F 4001-1.IMPOSE.STAY.MOTION**

      C. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was excusable because __

          ☐ See attached continuation page

      D. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because __

          ☐ See attached continuation page

      E. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because __

          ☐ See attached continuation page

      F. ☐ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows:

          From this, the court may conclude that this case, if a case under chapter 7, will result in a discharge or, if under chapter 11 or 13, in a confirmed plan that will be fully performed.

          ☐ See attached continuation page

      G. ☐ For the following additional reasons __

          ☐ See attached continuation page

  4. ☐ The presumption of a bad faith filing as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(3)(C)(ii) is overcome in this case because __

      ☐ See attached continuation page

5. **Grounds for Imposing a Stay:**
   a. ☐ Pursuant to 11 U.S.C.§362(c)(4) this case was filed in good faith and grounds exist for imposing a stay as follows:

      1. ☐ The Property is of consequential value or benefit to the estate because the fair market value of the Property is greater than all liens on the property as shown above in paragraph 3 and as supported by declarations attached.

      2. ☐ The Property is of consequential value or benefit to the estate because the Property is necessary to a reorganization for the following reasons: __.

          ☐ See attached continuation page

      3. ☐ The Secured Creditor/Lessor's interest can be adequately protected by *(describe Movant's proposal for adequate protection)*: __

          ☐ See attached continuation page

   b. ☐ The present case was filed in good faith notwithstanding that the prior single or joint cases filed by or against the individual Debtor pending within the year preceding the petition date were dismissed, because:

      1. ☐ The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C.§707(b);

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*        Page 6        **F 4001-1.IMPOSE.STAY.MOTION**

    2. ☐ Good faith is shown because __

       ☐ See attached continuation page

c. ☐ The presumption of a bad faith filing under 11 U.S.C.§362(c)(4)(D)(i) is overcome in this case as to *all creditors* because:

   1. ☐ Debtor had a substantial excuse in failing to file or amend the petition or other documents as required by the court or Title 11 of the United States Code, resulting in the prior dismissal(s) as follows: __

     ☐ See attached continuation page

   2. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was as the result of the negligence of Debtor's attorney;

   3. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because __

     ☐ See attached continuation page

   4. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because __

     ☐ See attached continuation page

   5. ☐ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows: __

     (from which the Court may conclude that this case, if a case under chapter 7, may be concluded with a discharge or, if under chapter 11 or 13, with a confirmed plan that will be fully performed).

     ☐ See attached continuation page

   6. ☐ For the following additional reasons __

     ☐ See attached continuation page

   7. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(4)(D)(ii) is overcome in this case because __

     ☐ See attached continuation page

6. **Evidence in Support of Motion:** *(Important Note: Declaration(s) in support of the Motion MUST be attached hereto).*

   a. ☐ Movant submits the attached Declaration(s) on the court's approved forms (if applicable) to provide evidence in support of this Motion pursuant to LBRs.

   b. ☒ Other Declaration(s) are also attached in support of this Motion

   c. ☐ Movant requests that the court consider as admissions the statements made by Debtor under penalty of perjury concerning Movant's claims and the Property set forth in Debtor's(s') Schedules. Authenticated copies of the relevant portions of the Schedules are attached as Exhibit __.

   d. ☐ Other evidence *(specify)*: __

7. ☐ **An optional Memorandum of Points and Authorities is attached to this Motion.**

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*            Page 7            **F 4001-1.IMPOSE.STAY.MOTION**

**WHEREFORE, Movant prays that this Court issue an Order Imposing a Stay and granting the following** *(specify forms of relief requested)***:**

1. ☒ That the Automatic Stay be continued in effect as to all creditors until further order of the court.

2. ☒ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

3. ☒ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

4. ☐ That a Stay be imposed as to all creditors until further order of the court..

5. ☐ That a Stay be imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

6. ☐ That a Stay be imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

7. ☐ For adequate protection of the Secured Creditor/Lessor by *(specify proposed adequate protection)* __

8. ☐ For other relief requested, see attached continuation page.


Date: **July 5, 2023**

Respectfully submitted,
**Jared Hunter Scarth**
Movant Name
**Nexus Bankruptcy**
Firm Name of attorney for Movant (if applicable)

**/s/Benjamin Heston**
Signature
**Benjamin Heston**
Printed Name of Individual Movant or Attorney for Movant

# DECLARATION OF MOVANT

I __, am the __ of Movant. I have read the foregoing motion consisting of __ pages, and the attached materials incorporated therein by reference. If reference is made to balances owing, my testimony regarding same is based upon the business records of Movant kept in the ordinary course of business of Movant by persons whose responsibility it is to accurately and faithfully record information as to the Debtor's account on or near the date of events recorded. I am one of the custodians of such business records.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Date | Printed name of declarant | Signature |
|------|---------------------------|-----------|
|      |                           |           |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 8    **F 4001-1.IMPOSE.STAY.MOTION**

**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951-290-2827
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JARED HUNTER SCARTH,<br><br>    Debtor. | Case No.: 6:23-bk-12742-WJ<br><br>Chapter 13<br><br>**DECLARATION REGARDING SECURED DEBT PAYMENT HISTORY**<br><br><u>Confirmation Hearing</u><br>Date: November 20, 2023<br>Time: 11:30 am<br>Location:<br>   Courtroom 304<br>   United States Bankruptcy Court<br>   Central District of California<br>   3420 Twelfth Street<br>   Riverside, California 92501 |

I, Jared Hunter Scarth, declare as follows:

1. I am the Debtor in this Chapter 13 bankruptcy case. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. The assets in this bankruptcy case include the real property located at 31222 Mangrove Dr, Temecula, CA 92592 ("Property") which I have listed on Schedule A/B with a value of $692,000.

3. A foreclosure sale had been set for June 27, 2023 and I am not aware of a future sale date.

4. The Property is my current residence.

1

5. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of Wells Fargo Home Mortgage.

        i. The current principal balance owing is $244,104.

        ii. My monthly mortgage payment is currently $1,598.

        iii. The unpaid, accrued arrearage is $0.

    b. Second deed of trust in favor of Western Star Financial.

        i. The current principal balance owing is $66,021.

        ii. My monthly mortgage payment is currently N/A.

        iii. The unpaid, accrued arrearage is $66,021.

    c. Third deed of trust in favor of Prominence Capital Partners

        i. The current principal balance owing is $77,327.

        ii. My monthly mortgage payment is currently N/A.

        iii. The unpaid, accrued arrearage is $77,327.

6. During each of the months listed below, I made the following payments on these deeds of trust:

| MONTH | Amounts Paid to 1st Lienholder | Amounts Paid To 2nd Lienholder | Amounts Paid to 3rd Lienholder |
|---|---|---|---|
| January 2022 | $1,573.35 | $0 | $0 |
| February 2022 | $1,573.35 | $0 | $0 |
| March 2022 | $1,585.89 | $0 | $0 |
| April 2022 | $0 | $0 | $0 |
| May 2022 | $3,171.78 | $0 | $0 |
| June 2022 | $1,585.89 | $0 | $0 |
| July 2022 | $1,585.89 | $0 | $600 |
| August 2022 | $1,585.89 | $0 | $600 |
| September 2022 | $1,585.89 | $0 | $600 |
| October 2022 | $1,585.89 | $0 | $600 |
| November 2022 | $0.00 | $0 | $0 |

| | | | |
|---|---|---|---|
| **December 2022** | $1,585.89 | $0 | $0 |
| **January 2023** | $3,171.78 | $0 | $0 |
| **February 2023** | $1,585.89 | $0 | $0 |
| **March 2023** | $0.00 | $0 | $0 |
| **April 2023** | $1,620.00 | $0 | $0 |
| **May 2023** | $1,597.81 | $0 | $0 |
| **June 2023** | $3,195.62 | $0 | $0 |

7. Attached to this declaration are true and correct copies of proof of any and all payments made during the last six months.

8. In 2022, my total income from all sources was approximately $136,007.

9. In 2023, my income from all sources is approximately $134,513 as of the date of this declaration.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Date: July 5, 2023

_____
Jared Hunter Scarth

3

# WELLS FARGO

**MORTGAGE**
...9316

$244,103.66
Outstanding principal balance

### Balance Details

| | |
|---|---:|
| Next payment due on 08/01/23 Next payment details | $1,597.81 |
| Last payment received on 06/27/23 | $1,597.81 |
| Outstanding principal balance | $244,103.66 |
| Interest rate | 3.25% |
| Escrow balance (taxes & insurance) Escrow details | $2,329.56 |

### Suggestions for you

View your recent Escrow Analysis

Track and manage your FICO® Score

Go paperless with your billing statements

## Activity

First
Previous
Next

| Date | Description | Amount | Principal Balance |
|---|---|---|---|
| 06/27/23 | PAYMENT | $1,597.81 | $244,103.66 |

Details

Payment received on 06/27/2023: **$1,597.81**

Principal: **$437.24**

Interest payment: **$662.30**

Escrow payment: **$498.27**

| 06/01/23 | APPLIED FUNDS | -$22.19 | $244,540.90 |

### Details

Principal: **$22.19**

| 06/01/23 | PAYMENT | $1,597.81 | $244,563.09 |

### Details

Payment received on 06/01/2023: **$1,597.81**

Principal: **$436.00**

Interest payment: **$663.54**

Escrow payment: **$498.27**

| 05/01/23 | APPLIED FUNDS | -$1,597.81 | $244,999.09 |

### Details

Principal: **$434.82**

Interest payment: **$664.72**

Escrow payment: **$498.27**

| 05/01/23 | PAYMENT | $1,597.81 | $245,433.91 |

### Details

Payment received on 05/01/2023: **$1,597.81**

Unapplied funds: **$1,597.81**

| 04/03/23 | APPLIED FUNDS | -$1,597.81 | $245,433.91 |

### Details

Principal: **$433.65**

Interest payment: **$665.89**

Escrow payment: **$498.27**

| 04/03/23 | PAYMENT | $1,620.00 | $245,867.56 |

### Details

Payment received on 04/03/2023: **$1,620.00**

Unapplied funds: **$1,620.00**

| 03/23/23 | COUNTY TAX PMT | $2,361.43 | $245,867.56 |
| 02/27/23 | PAYMENT | $1,585.89 | $245,867.56 |

### Details

Payment received on 02/27/2023: **$1,585.89**

Principal: **$432.48**

Interest payment: **$667.06**

Escrow payment: **$486.35**

| 01/24/23 | PAYMENT | $1,585.89 | $246,300.04 |

### Details

Payment received on 01/24/2023: **$1,585.89**

Principal: **$431.31**

Interest payment: **$668.23**

Escrow payment: **$486.35**

| 01/11/23 | PAYMENT | $1,585.89 | $246,731.35 |

### Details

Payment received on 01/11/2023: **$1,585.89**

Principal: **$430.14**

Interest payment: **$669.40**

Escrow payment: **$486.35**

Back to top

First
Previous
Next

*Account Disclosures

The transactions displayed reflect funds that you have paid and do not necessarily represent funds that are due. Late charges are assessed after the close of business on the assessment date and only after all payments received have been applied.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

100 Bayview Circle #100
Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **7/5/2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)   notice-efile@rodan13.com
Todd L Turoci   mail@theturocifirm.com
United States Trustee (RS)   ustpregion16.rs.ecf@usdoj.gov
Jennifer C Wong   bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **7/5/2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Wayne Johnson
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 384 / Courtroom 304
Riverside, CA 92501-3819

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/5/2023 | Benjamin Heston | /s/ Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE LIST**

Citibank / Best Buy
50 Northwest Point Blvd.
Elk Grove Vlg, IL 60007-1032

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Powerstone Property Management
PO Box 15446
Santa Ana, CA 92735-0446

Dept of Tax and Fee Administration
2480 Hilborn Rd., Ste. 200
Fairfield, CA 95434-1820

Murrieta Springs Retail Group, LLC
7152 Almaden Lane
Carlsbad, CA 92009-6246

Office of General Counsel
US Dept of Housing & Urban Development Reg IX
One Sansome Street, Suite #1200
San Francisco, CA 94104-4448

Prominence Capital Partners, LLC
974 Sandstone Drive
Glendora, CA 91740-5392

Riverside County Tax Collector
4080 Lemon St. 4th Floor
Riverside, CA 92501-3609

Todd Turoci
The Turoci Firm
3845 10th Street
Riverside, CA 92501-3519

Wells Fargo Bank
PO Box 1629
Minneapolis, MN 55440-1629

Western Star Financial
3845 10th Street
Riverside, CA 92501-3519

**CERTIFIED MAIL**

Todd Turoci
Agent for Service of Process for Western Star Financial, Inc. 3845 10th Street
Riverside, CA 92501

CSC-Lawyers Incorporating Service
Agent for Service of Process Wells Fargo Bank, National Association
2710 Gateway Oaks Drive
Sacramento, CA 95833

Michael L. Klein
Agent for Murrieta Springs Retail Group, LLC
900 Pier View Way
Oceanside, CA 92054

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

California
Secretary of State

Business    UCC

Login

Home

# Business Search

Search

Forms

Help

▼ *The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.*

*Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.*

**Basic Search**

*A Basic search can be performed using an entity name or entity number. When*

Skip to main content

## WESTERN STAR FINANCIAL, INC. (1751641)



Request Certificate

| | |
|---|---|
| Initial Filing Date | 10/03/1994 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | CALIFORNIA |
| Entity Type | Stock Corporation - CA - General |
| Principal Address | 3845 10TH STREET RIVERSIDE, CA 92501 |
| Mailing Address | 3845 10TH STREET RIVERSIDE,CA92501 |
| Statement of Info Due Date | 10/31/2023 |
| Agent | Individual Todd Turoci 3845 10TH STREET RIVERSIDE, CA 92501 |


View History


Request Access

**California**
*Secretary of State*

Business    UCC

Login

Home

# Business Search

Search

*The California Business Search provides access to available information for **corporations, limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.*

Forms

Help

*Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.*

**Basic Search**

*A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ?keyword? search. The Advanced search allows for a ? starts with? filter. To search entities that have a status other than active or to refine search criteria, use the **Advanced** search feature.*

**Advanced Search**

*An Advanced search is required when searching for publicly traded disclosure information or a status other than*

Skip to main content    State

## WELLS FARGO BANK, NATIONAL ASSOCIATION (2649647)


Request Certificate

| | |
|---|---|
| Initial Filing Date | 05/04/2004 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | United States |
| Entity Type | Stock Corporation - Out of State - Stock |
| Principal Address | 101 N. PHILLIPS AVENUE SIOUX FALLS, SD 57104 |
| Mailing Address | 101 N. PHILLIPS AVENUE SIOUX FALLS,SD57104 |
| Statement of Info Due Date | 05/31/2024 |
| Agent | 1505 Corporation CSC - LAWYERS INCORPORATING SERVICE |
| CA Registered Corporate (1505) Agent Authorized Employee(s) | BECKY DEGEORGE 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | KOY SAECHAO 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | LAI SAEVANG 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | NICOLE STAUSS 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | JENN BAUTISTA 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | TRUDY DESBIENS 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | REBECCA VANG 2710 GATEWAY OAKS |

| California Secretary of State | Business | UCC | | Login |

- Home
- Search
- Forms
- Help

# Business Search

▼ The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.

Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.

**Basic Search**

A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number

Skip to main content State

## MURRIETA SPRINGS RETAIL GROUP, LLC (200119210109)


Request Certificate

| | |
|---|---|
| Initial Filing Date | 06/27/2001 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | CALIFORNIA |
| Entity Type | Limited Liability Company - CA |
| Principal Address | 7152 ALMADEN LANE CARLSBAD, CA 92009 |
| Mailing Address | N/A |
| Statement of Info Due Date | 06/30/2023 |
| Agent | Individual MICHAEL L KLEIN 900 PIER VIEW WAY OCEANSIDE, CA 92054 |


View History


Request Access


# The State Bar *of California*

**Amber Smith Crothall #227173**
License Status: Active

Address: Greenman, Lacy, Klein, Hinds, Weiser, 900 Pier View Way, Oceanside, CA 92054-2839
Phone: 760-722-1234 | Fax: 760-722-5860
Email: amber@glkhwlaw.com | Website: www.glkhwlaw.com

More about This Attorney ▼

**All changes of license status due to nondisciplinary administrative matters and disciplinary actions.**

| Date | License Status ⓘ | Discipline ⓘ | Administrative Action ⓘ |
|---|---|---|---|
| Present | Active | | |
| 12/2/2003 | Admitted to the State Bar of California | | |

**Additional Information:**
- About the disciplinary system

Copyright © 2023 The State Bar of California

