| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **NEXUS BANKRUPTCY**<br>Benjamin Heston (297798)<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

## United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br>Jared Hunter Scarth | CASE NO.: 6:23-bk-12742-WJ<br>CHAPTER: 13 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

### Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 07/07/2023      Jared Hunter Scarth           [signature]
                      Printed name of Debtor 1       Signature of Debtor 1

### Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                         Printed name of Debtor 2     Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                                F 1002-1.EMP.INCOME.DEC

STARMAX RESOURCE LLC
12117 Bennington Ave
Cleveland OH  44135

0047-4323
0047 300 California EE's
EE ID: 53        DD

NON-NEGOTIABLE

JARED SCARTH
31222 MANGROVE DR
TEMECULA CA  92592

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Jared Scarth | | |
| 31222 Mangrove Dr | | |
| Temecula, CA  92592 | | |
| Soc Sec #: xxx-xx-xxxx    **Employee ID:** 53 | | |
| **Home Department:** 300 California EE's | | |
| **Pay Period:** 05/29/23 **to** 06/11/23 | | |
| **Check Date:** 06/14/23    **Check #:** 6896 | | |
| NET PAY ALLOCATIONS | | |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 0.00 |
| Chkg 427 | 2505.56 | 26458.70 |
| **NET PAY** | **2505.56** | **26458.70** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | | | 3461.80 | 40.0000 | 36348.80 |
| | | **Total Hours** | | | | 40.0000 | |
| | | **Gross Earnings** | | | 3461.80 | | 36348.80 |
| | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 214.64 | 2253.63 |
| | Medicare | | 50.20 | 527.06 |
| | Fed Income Tax | SMS | 463.92 | 4774.51 |
| | CA Income Tax | SMI2 0 0 | 196.32 | 2007.72 |
| | CA Disability | | 31.16 | 327.18 |
| | **TOTAL** | | 956.24 | 9890.10 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **2505.56** | **26458.70** |

*Payrolls by Paychex, Inc.*

0047 0047-4323  Starmax Resource LLC • 12117 Bennington Ave• Cleveland OH  44135 • (216) 486-0606

STARMAX RESOURCE LLC
12117 Bennington Ave
Cleveland OH 44135

0047-4323
0047 300 California EE's
EE ID: 53        DD

*Payrolls by Paychex, Inc.*

**NON-NEGOTIABLE**

JARED SCARTH
31222 MANGROVE DR
TEMECULA CA 92592

---

**PERSONAL AND CHECK INFORMATION**
Jared Scarth
31222 Mangrove Dr
Temecula, CA 92592
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 53

**Home Department:** 300 California EE's

**Pay Period:** 05/15/23 **to** 05/28/23
**Check Date:** 05/31/23    **Check #:** 6891

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 427 | 2505.58 | 23953.14 |
| **NET PAY** | **2505.58** | **23953.14** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | | | 3461.80 | 40.0000 | 32887.00 |
| | | Total Hours | | | | 40.0000 | |
| | | **Gross Earnings** | | | 3461.80 | | 32887.00 |
| | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 214.63 | 2038.99 |
| | Medicare | | 50.19 | 476.86 |
| | Fed Income Tax | SMS | 463.92 | 4310.59 |
| | CA Income Tax | SMI2 0 0 | 196.32 | 1811.40 |
| | CA Disability | | 31.16 | 296.02 |
| | **TOTAL** | | 956.22 | 8933.86 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **2505.58** | **23953.14** |

*Payrolls by Paychex, Inc.*
0047 0047-4323 Starmax Resource LLC • 12117 Bennington Ave • Cleveland OH 44135 • (216) 486-0606

STARMAX RESOURCE LLC
12117 Bennington Ave
Cleveland OH  44135

0047-4323
0047 300 California EE's
EE ID: 53          DD

JARED SCARTH
31222 MANGROVE DR
TEMECULA CA  92592

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| Jared Scarth | | | | | Regular | | | 3461.80 | 40.0000 | 29425.20 |
| 31222 Mangrove Dr | | | | | **Total Hours** | | | | 40.0000 | |
| Temecula, CA  92592 | | | | | **Gross Earnings** | | | 3461.80 | | 29425.20 |
| **Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 53 | | | | | **Total Hrs Worked** | | | | | |
| | | | WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| **Home Department:** 300 California EE's | | | | | Social Security | | | 214.63 | | 1824.36 |
| | | | | | Medicare | | | 50.20 | | 426.67 |
| **Pay Period:** 05/01/23 **to** 05/14/23 | | | | | Fed Income Tax | SMS | | 463.92 | | 3846.67 |
| **Check Date:** 05/17/23    **Check #:** 6886 | | | | | CA Income Tax | SMI2 0 0 | | 196.32 | | 1615.08 |
| NET PAY ALLOCATIONS | | | | | CA Disability | | | 31.16 | | 264.86 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | | | | | | | |
| Check Amount | 0.00 | 0.00 | | | **TOTAL** | | | 956.23 | | 7977.64 |
| Chkg 427 | 2505.57 | 21447.56 | | | | | | | | |
| **NET PAY** | **2505.57** | **21447.56** | | | | | | | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **2505.57** | **21447.56** |

Payrolls by Paychex, Inc.
0047 0047-4323  Starmax Resource LLC • 12117 Bennington Ave• Cleveland OH  44135 • (216) 486-0606

STARMAX RESOURCE LLC
12117 Bennington Ave
Cleveland OH 44135

0047-4323
0047 300 California EE's
EE ID: 53       DD

JARED SCARTH
31222 MANGROVE DR
TEMECULA CA 92592

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Jared Scarth
31222 Mangrove Dr
Temecula, CA 92592
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 53

**Home Department:** 300 California EE's

**Pay Period:** 04/17/23 **to** 04/30/23
**Check Date:** 05/03/23    **Check #:** 6881

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 427 | 2505.57 | 18941.99 |
| **NET PAY** | **2505.57** | **18941.99** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | | | 3461.80 | 40.0000 | 25963.40 |
| | | **Total Hours** | | | | 40.0000 | |
| | | **Gross Earnings** | | | 3461.80 | | 25963.40 |
| | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 214.63 | 1609.73 |
| | Medicare | | 50.20 | 376.47 |
| | Fed Income Tax | SMS | 463.92 | 3382.75 |
| | CA Income Tax | SMI2 0 0 | 196.32 | 1418.76 |
| | CA Disability | | 31.16 | 233.70 |
| | **TOTAL** | | 956.23 | 7021.41 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **2505.57** | **18941.99** |

*Payrolls by Paychex, Inc.*
0047 0047-4323 Starmax Resource LLC • 12117 Bennington Ave • Cleveland OH 44135 • (216) 486-0606