# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Wednesday, July 19, 2023**     Hearing Room   304

**2:30 PM**

**6:23-12742**    **Jared Hunter Scarth**     Chapter 13

**#24.00**    Hrg re status conference regarding confirmation of the chapter 13 plan

Docket    1

*** VACATED ***   REASON: SCHEDULING ORDER ENTERED 6-27-23; CONT'D TO 11-20-23 AT 11:30 A.M.

**Matter Notes:**

- NONE LISTED -

**Tentative Ruling:**

- NONE LISTED -

### Party Information

**Debtor(s):**

Jared Hunter Scarth     Represented By
    Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)     Pro Se