# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

---

**Wednesday, July 19, 2023**                                                                 **Hearing Room   304**

**2:30 PM**
**6:23-12742**   **Jared Hunter Scarth**                                                             **Chapter 13**

   **#25.00**   Hrg re motion in individual case for order imposing a stay or continuing the automatic stay

                                  Docket       18

**Matter Notes:**

   Present: counsel for moving party: __B. HESTON_____

   _____

   ( ) The motion is denied.  The Court adopts its tentative ruling as the final ruling of the Court.

   ( ) The motion is denied for the reasons stated on the record.

   ( ) The motion is granted based on the final ruling posted by the Court.

   ( ) The motion is granted.  The Court adopts its tentative ruling as the final ruling of the Court.

   ( ) The motion is granted for the reasons set forth in the motion and based on the findings of fact and conclusions of law made on the record.  The Court grants the relief requested in:
      ( ) paragraph(s) _____ of the prayer of the motion.
      ( ) paragraph(s) _____ of the extraordinary relief attachment.
      ( ) section 362(d)(4) based upon ( ) unauthorized transfers of the property that is the subject of the motion and/or ( ) the filing of prior bankruptcy cases.

# United States Bankruptcy Court
# Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Wednesday, July 19, 2023**  **Hearing Room  304**

<u>2:30 PM</u>
**CONT...**    **Jared Hunter Scarth**    **Chapter 13**

(X) The motion of the debtor(s) to continue or impose the automatic stay is granted as to:

   (X) creditors who were properly served with the motion.

   ( ) the following creditors only: _____

   _____

( ) Order to be lodged.    ( ) No lodgement necessary.

( ) Hearing regarding the motion is continued to _____, 2023 at _____ a.m.

( ) Off Calendar

( )_____

_____

_____

**Tentative Ruling:**
  - NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

Jared Hunter Scarth    Represented By
                       Benjamin Heston

**Movant(s):**

Jared Hunter Scarth    Represented By
                       Benjamin Heston

# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

| Wednesday, July 19, 2023 | Hearing Room 304 |

**2:30 PM**
**CONT... Jared Hunter Scarth** — Chapter 13

**Trustee(s):**

Rod Danielson (TR)    Pro Se