**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951-290-2827
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JARED HUNTER SCARTH,<br><br>　　　Debtor. | Case No.: 6:23-bk-12742-WJ<br><br>Chapter 13<br><br>**DECLARATION REGARDING SECURED DEBT PAYMENT HISTORY**<br><br><u>Confirmation Hearing</u><br>Date: November 20, 2023<br>Time: 11:30 am<br>Location:<br>　　Courtroom 304<br>　　United States Bankruptcy Court<br>　　Central District of California<br>　　3420 Twelfth Street<br>　　Riverside, California 92501 |

I, Jared Hunter Scarth, declare as follows:

1. I am the Debtor in this Chapter 13 bankruptcy case. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. The assets in this bankruptcy case include the real property located at 31222 Mangrove Dr, Temecula, CA 92592 ("Property") which I have listed on Schedule A/B with a value of $692,000.

3. A foreclosure sale had been set for June 27, 2023 and I am not aware of a future sale date.

4. The Property is my current residence.

1

5. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of Wells Fargo Home Mortgage.

        i. The current principal balance owing is $242,785.

        ii. My monthly mortgage payment is currently $1,598.

        iii. The unpaid, accrued arrearage is $0.

    b. Second deed of trust in favor of Western Star Financial.

        i. The current principal balance owing is $66,021.

        ii. My monthly mortgage payment is currently N/A.

        iii. The unpaid, accrued arrearage is $66,021.

    c. Third deed of trust in favor of Prominence Capital Partners

        i. The current principal balance owing is $90,563.

        ii. My monthly mortgage payment is currently N/A.

        iii. The unpaid, accrued arrearage is $90,563.

6. During each of the months listed below, I made the following payments on these deeds of trust:

| MONTH | Amounts Paid to 1st Lienholder | Amounts Paid To 2nd Lienholder | Amounts Paid to 3rd Lienholder |
|---|---|---|---|
| January 2022 | $1,573.35 | $0 | $0 |
| February 2022 | $1,573.35 | $0 | $0 |
| March 2022 | $1,585.89 | $0 | $0 |
| April 2022 | $0 | $0 | $0 |
| May 2022 | $3,171.78 | $0 | $0 |
| June 2022 | $1,585.89 | $0 | $0 |
| July 2022 | $1,585.89 | $0 | $600 |
| August 2022 | $1,585.89 | $0 | $600 |
| September 2022 | $1,585.89 | $0 | $600 |
| October 2022 | $1,585.89 | $0 | $600 |
| November 2022 | $0.00 | $0 | $0 |

| | | | |
|---|---|---|---|
| December 2022 | $1,585.89 | $0 | $0 |
| January 2023 | $3,171.78 | $0 | $0 |
| February 2023 | $1,585.89 | $0 | $0 |
| March 2023 | $0.00 | $0 | $0 |
| April 2023 | $1,620.00 | $0 | $0 |
| May 2023 | $1,597.81 | $0 | $0 |
| June 2023 | $3,195.62 | $0 | $0 |
| July 2023 | $0 | $0 | $0 |
| August 2023 | $1,597.81 | $0 | $0 |
| September 2023 | $3,195.62 | $0 | $0 |
| October 2023 | $0 | $0 | $0 |

7. Attached to this declaration are true and correct copies of proof of any and all payments made during the last six months.

8. In 2022, my total income from all sources was approximately $136,007.

9. In 2023, my income from all sources is approximately $99,206 as of the date of this declaration.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Date: October 20, 2023

Jared Hunter Scarth

# WELLS FARGO

**MORTGAGE**
...9316

**$242,784.82**
Outstanding principal balance

## Balance Details

| | |
|---|---:|
| Next payment due on 11/01/23 Next payment details | $1,597.81 |
| Last payment received on 10/02/23 | $1,597.81 |
| Outstanding principal balance | $242,784.82 |
| Interest rate | 3.25% |
| Escrow balance (taxes & insurance) Escrow details | $2,456.37 |

## Suggestions for you

Track and manage your FICO® Score

Go paperless with your billing statements

Go paperless with your year-end tax documents

## Activity

First
Previous
Next

| Date | Description | Amount | Principal Balance |
|---|---|---:|---:|
| 09/29/23 | APPLIED FUNDS | -$1,597.81 | $242,784.82 |
| 09/29/23 | PAYMENT | $1,597.81 | $243,225.62 |
| 09/19/23 | HAZARD INS PMT | $1,368.00 | $243,225.62 |
| 09/01/23 | APPLIED FUNDS | -$1,597.81 | $243,225.62 |
| 09/01/23 | PAYMENT | $1,597.81 | $243,665.23 |
| 08/01/23 | APPLIED FUNDS | -$1,597.81 | $243,665.23 |
| 08/01/23 | PAYMENT | $1,597.81 | $244,103.66 |
| 06/27/23 | PAYMENT | $1,597.81 | $244,103.66 |

| Date | Type | Amount | Balance |
|---|---|---|---|
| ~~06/27/23~~ | ~~PAYMENT~~ | ~~$1,597.81~~ | ~~$244,105.00~~ |
| ~~06/01/23~~ | ~~APPLIED FUNDS~~ | ~~-$22.19~~ | ~~$244,540.90~~ |
| 06/01/23 | PAYMENT | $1,597.81 | $244,563.09 |
| 05/01/23 | APPLIED FUNDS | -$1,597.81 | $244,999.09 |
| 05/01/23 | PAYMENT | $1,597.81 | $245,433.91 |
| 04/03/23 | APPLIED FUNDS | -$1,597.81 | $245,433.91 |
| 04/03/23 | PAYMENT | $1,620.00 | $245,867.56 |

Back to top

First
Previous
Next

*Account Disclosures

The transactions displayed reflect funds that you have paid and do not necessarily represent funds that are due. Late charges are assessed after the close of business on the assessment date and only after all payments received have been applied.

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.

⌂ Equal Housing Lender

FICO is a registered trademark of Fair Isaac Corporation in the United States and other countries.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**100 Bayview Circle, Suite 100**
**Newport Beach, CA 92660**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION REGARDING SECURED DEBT PAYMENT HISTORY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/20/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)     notice-efile@rodan13.com
Bradley A Patterson     bapatterson@lgilaw.com
Todd L Turoci     mail@theturocifirm.com
United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov
Jennifer C Wong     bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/20/2023 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Wayne E. Johnson
3420 Twelfth Street
Suite 384 / Courtroom 304
Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/20/2023 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**