NEXUS BANKRUPTCY
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 949-312-1377
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JARED HUNTER SCARTH,<br><br>    Debtor. | Case No.: 6:23-bk-12742-WJ<br><br>Chapter 13<br><br>**DECLARATION OF BENJAMIN HESTON IN SUPPORT OF CONFIRMATION OF CHAPTER 13 PLAN** |

I, Benjamin Heston, declare as follows:

1. I am the attorney for the debtor in the above-captioned proceeding. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. I have reviewed the Chapter 13 Trustee's Statement Regarding Plan Confirmation filed on November 6, 2023 as Docket #38.

3. I have reviewed this Statement with the Debtor and he understand and agrees to the terms set forth therein.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: November 13, 2023                             /s/Benjamin Heston
                                                                        BENJAMIN HESTON