# United States Bankruptcy Court
## Central District of California
Riverside
Wayne Johnson, Presiding
Courtroom 304 Calendar

**Monday, November 20, 2023**  **Hearing Room** **304**

**11:30 AM**
**6:23-12742**    **Jared Hunter Scarth**    **Chapter 13**

#45.00    Confirmation of Chapter 13 Plan

From: 8-9-23

Docket    1

**Matter Notes:**

PRESENT: For Chapter 13 Trustee: Bridget Kelly  For Debtor: B _ H ESTTW

( ) Plan confirmed.

( ) Confirmation denied. Case dismissed without prejudice.

( ) Confirmation denied.
Case Dismissed with a 180 day bar to refiling pursuant to 11 U.S.C. § 109(g).

( ) Confirmation hearing continued. See next pages for a court order with the date and time of the continuance and additional terms of the continuance.

(✓) Continued to _3/25/24 AT 10:30 AM_ at 2:30 p.m.

**Tentative Ruling:**

No appearances by debtors are required today but attorneys for debtors do need to appear.

This hearing will occur by video using Zoom (not CourtCall). Hybrid hearings are not occurring in courtroom 304 at this time. Therefore, even though Judge Johnson's courtroom is open for in-person hearings on all other matters, this hearing today will occur by Zoom only. No appearances will be possible in the courtroom for this matter. All parties should attend the hearing today by video using the following information:

Meeting URL: https://cacb.zoomgov.com/j/1604876293