United States Bankruptcy Court
Central District of California
Riverside
Wayne Johnson, Presiding
Courtroom 304 Calendar

Monday, November 20, 2023                                                    Hearing Room    304

11:30 AM
6:23-12742    Jared Hunter Scarth                                            Chapter 13

#46.00    Hrg re status conference regarding confirmation of the chapter 13 plan

FROM: 7-19-23

Docket    1

**Matter Notes:**

PRESENT: B. KELLY

Counsel for the Debtor(s): B. HESTON

( )    The status conference is concluded.

(X)    The status conference is continued to 3/25/24 AT 10:30 AM
Counsel for the debtors shall appear at the next status conference but the debtors are not required to appear.

( )    The status conference is continued to _____.
Debtors are ordered to appear at the next status conference.

( )    Off calendar

( )    _____

**Tentative Ruling:**

No appearances by debtors are required today but attorneys for debtors do need to appear.

# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Monday, November 20, 2023**      **Hearing Room 304**

**11:30 AM**
**CONT...**  **Jared Hunter Scarth**      **Chapter 13**

This hearing will occur by video using Zoom (not CourtCall). Hybrid hearings are not occurring in courtroom 304 at this time. Therefore, even though Judge Johnson's courtroom is open for in-person hearings on all other matters, this hearing today will occur by Zoom only. No appearances will be possible in the courtroom for this matter. All parties should attend the hearing today by video using the following information:

Meeting URL: https://cacb.zoomgov.com/j/1604876293
Meeting ID:  160 487 6293
Password:    118299

Based on the agreement of the parties, the Court intends to enter an order confirming the chapter 13 plan proposed in this case using the agreed terms. Counsel must appear at the confirmation hearing to approve the terms of confirmation and the confirmation order but debtors need not appear. Likewise, the debtors need not appear for the status conference (but counsel should appear). Instead, the status conference will be continued and conducted with the debtors on another date (most likely by video). Appearances by special counsel (for debtors) are permissible today for both the confirmation hearing and the status conference. Whoever appears for the debtors must review the proposed terms of the confirmation order prior to the hearing and be prepared to approve the form of the confirmation order at the hearing.

### Party Information

**Debtor(s):**

Jared Hunter Scarth     Represented By
    Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)     Pro Se