United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-12742-WJ |
| Jared Hunter Scarth | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 1 |
| Date Rcvd: Nov 20, 2023 | Form ID: pdf042 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Jared Hunter Scarth, 31222 Mangrove Dr, Temecula, CA 92592-4176 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Jared Hunter Scarth bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Bradley A Patterson | on behalf of Interested Party Courtesy NEF bapatterson@lgilaw.com |
| Jennifer C Wong | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| Todd L Turoci | on behalf of Interested Party Todd Turoci mail@theturocifirm.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 6

**FILED & ENTERED**

**NOV 20 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY **gooch**    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:23-bk-12742-WJ |
| JARED HUNTER SCARTH, | CHAPTER 13 |
| Debtor. | **SCHEDULING ORDER** |

Earlier today, the Court held the confirmation hearing and status conference in this case. For the reasons stated on the record, the Court hereby ORDERS as follows:

1. The confirmation hearing and status conference are hereby continued to March 25, 2024 at 10:30 a.m. Counsel for the debtor shall file and serve a notice of the continuance no later than November 28, 2023.

2. If the debtor owns the current residence where the debtor lives, the debtor should file (no later than March 4, 2024) a secured debt payment history declaration demonstrating that the debtor has made all monthly post-petition mortgage payments from the petition date through

- 1 -

March 2024. If the debtor owns the residence but it is not subject to any mortgage, the declaration can be very short (i.e. a sentence or two) that simply states as much. If the debtor resides at property the debtor does not own, the debtor should file (no later than March 4, 2024) a declaration demonstrating that the debtor has made all monthly post-petition rent payments (with proof attached).[1]

3. If the trustee supports confirmation then, after the debtor files the required pleading, the chapter 13 trustee should file, no later than March 11, 2024, a pleading stating as much and attach a worksheet with the proposed terms of confirmation. If the chapter 13 trustee does not support confirmation then, no later than March 11, 2024, the trustee should file a motion requesting dismissal which states all grounds for dismissal and includes a declaration in support of the motion. If the debtor has not made all post-petition mortgage or rent payments for all post-petition months, the trustee normally requests dismissal of the case. If, for any reason, the trustee does not do so, the proposed terms of confirmation must (a) include provisions to cure all post-petition arrearages (as well as any pre-petition arrearage) and (b) provide for conduit payments for the monthly payments for the rest of the case.

4. The deadline for the debtor to respond to the trustee's pleading is March 18, 2024. If the trustee seeks dismissal, the debtor should file an opposition brief to the dismissal motion. If the trustee recommends confirmation, the debtor should state whether the debtor agrees with the terms of confirmation proposed by the trustee.

5. The Court will review the pleadings and may issue a ruling without holding hearings on March 25, 2024 that (a) confirms the chapter 13 plan, (b) continues the matter, (c) dismisses the case or (d) grants other relief depending on various factors including, but not limited to, whether or not an agreement exists regarding confirmation, and whether or not the

---

[1] With respect to rent payments, in nearly all instances, post-petition obligations of assumed executory contracts or unexpired leases constitute administrative claims which must be paid in full pursuant to section 1322(a)(2).

1  debtor has timely made payments and provided documents to the trustee during the case.  If no
2  order is entered prior to March 25, 2024, all parties should check the Court's posted calendar the
3  day before March 25, 2024.
4  IT IS SO ORDERED.
5                                                                  ###

Date: November 20, 2023

Wayne Johnson
United States Bankruptcy Judge

- 3 -