**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951.290.2827
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JARED HUNTER SCARTH<br><br>Debtor. | Case No: 6:23-bk-12742-WJ<br><br>Chapter 13<br><br>**NOTICE OF CONTINUANCE OF STATUS CONFERENCE AND CONFIRMATION HEARING**<br><br>**Hearing:**<br>Date: March 25, 2024<br>Time: 10:30 a.m.<br>Courtroom: 304 |

ALL INTERESTED PARTIES, PLEASE TAKE NOTICE:

The Confirmation Hearing and Status Conference that were previously scheduled for November 20, 2023 at 11:30 a.m. have been continued to March 25, 2024 at 10:30 a.m.

Date: November 28, 2023

**NEXUS BANKRUPTCY**

BENJAMIN HESTON,
Attorney for Debtor

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**100 Bayview Circle, Suite 100**
**Newport Beach, CA 92660**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CONTINUANCE OF STATUS CONFERENCE AND CONFIRMATION HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/28/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)    notice-efile@rodan13.com
Bradley A Patterson    bapatterson@lgilaw.com
Todd L Turoci    mail@theturocifirm.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
Jennifer C Wong    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 11/28/2023 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Wayne E. Johnson
3420 Twelfth Street
Suite 384 / Courtroom 304
Riverside, CA 92501-3819

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/28/2023 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**

CITIBANK / BEST BUY
50 NORTHWEST POINT BLVD
ELK GROVE VLG, IL 60007-10324

DEPT OF TAX AND FEE
ADMINISTRATION
2480 HILBORN RD STE 200
FAIRFIELD, CA 94534-1820

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

MURRIETA SPRINGS RETAIL
GROUP, LLC
7152 ALMADEN LANE
CARLSBAD, CA 92009-6246

POWERSTONE PROPERTY
MANAGEMENT
PO BOX 15446
SANTA ANA, CA 92735-0446

PROMINENCE CAPITAL PARTNERS,
LLC
974 SANDSTONE DR
GLENDORA, CA 91740-5392

RIVERSIDE COUNTY TAX
COLLECTOR
4080 LEMON ST, 4TH FLOOR
RIVERSIDE, CA 92501-3609

US DEPARTMENT OF HUD
1 SANSOME STREET, 12TH FLOOR
SAN FRANCISCO, CA 94104-4430

WELLS FARGO BANK, N.A.
DEFAULT DOCUMENT PROCESSING
MAC# N9286-01Y
P.O. BOX 1629
MINNEAPOLIS, MN 55440-9790

WESTERN STAR FINANCIAL
3845 10TH ST
RIVERSIDE, CA 92501-3519