United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-12742-WJ |
| Jared Hunter Scarth | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 30, 2024 | Form ID: pdf042 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Jared Hunter Scarth, 31222 Mangrove Dr, Temecula, CA 92592-4176 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Jared Hunter Scarth bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Bradley A Patterson | on behalf of Interested Party Courtesy NEF bapatterson@lgilaw.com |
| Jennifer C Wong | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| Todd L Turoci | on behalf of Interested Party Todd Turoci mail@theturocifirm.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 6

**FILED & ENTERED**

**JAN 30 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JARED HUNTER SCARTH,<br><br>   Debtor. | Case No.: 6:23-bk-12742-WJ<br><br>CHAPTER 13<br><br>**SCHEDULING ORDER** |

The confirmation hearing and status conference in this case are currently scheduled for March 25, 2024 at 10:30 a.m.  Last week, the debtor filed a motion to reopen a prior bankruptcy case (6:18-bk-13248-WJ) and, as a result, the debtor seeks to prosecute two bankruptcy cases simultaneously.  The Court has set a hearing regarding that motion for March 27, 2024 at 3:30 p.m.

Accordingly, the Court hereby ORDERS as follows:

1.	The confirmation hearing and status conference are hereby continued from March 25, 2024 at 10:30 a.m. to March 27, 2024 at 3:30 p.m.  The debtor shall file and serve notice of the continuance (with a copy of this order attached) on all creditors no later than February 2, 2024.  The debtor shall comply with all existing deadlines in the scheduling order

issued on November 20, 2023. See Docket #40.

2.    In addition, no later than March 6, 2024, the debtor shall file and serve a supplemental brief providing legal analysis and applicable case law explaining why the debtor believes the bankruptcy code permits a person to file and prosecute two bankruptcy cases simultaneously. The supplemental brief should also explain why the debtor believes he needs to prosecute two bankruptcy cases simultaneously.

3.    Any response shall be filed and served no later than March 13, 2024. Any reply shall be filed and served no later than March 20, 2024.

4.    The hearings on March 27, 2024 at 3:30 p.m. shall occur in person in the courtroom. Appearances by telephone or special appearance counsel would not be appropriate for the hearings.

IT IS SO ORDERED.

###

Date: January 30, 2024

Wayne Johnson
United States Bankruptcy Judge