Bradley A. Patterson, Esq.  (Cal. State Bar No. 155482)
  E-Mail:  bapatterson@lgilaw.com
LGI LLP
LAWYERS GROUP INTERNATIONAL
1 PARK PLZ STE 600
IRVINE CA  92614-5987
  Telephone:  +1.949.253.0500

Attorneys for Creditor Prominence Capital Partners, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JARED HUNTER SCARTH,<br><br>        Debtor. | Case No. 6:23-bk-12742-WJ<br><br>CHAPTER 13<br><br>**MOTION TO CONTINUE HEARING DATE**<br><br><u>Current Hearing Date</u>:<br><br>Date:  March 27, 2024<br>Time:  3:30 P.M.<br>Place:  United States Bankruptcy Court<br>       Courtroom 304<br>       3420 Twelfth Street<br>       Riverside, CA  92501 |

    In the Court's Scheduling Order [Doc 46], a hearing has been set on March 27, 2024. The Court has ordered in-person appearances at that hearing.

    Counsel for Creditor Prominence Capital Partners, LLC, Bradley A. Patterson, and counsel for Creditor Western Star Financial, Todd Turoci, will both be out-of-the country and unavailable to attend the hearing in person on March 27, 2024.

    Both have pre-paid and non-refundable vacation plans that were booked in advance of the noticing of this hearing.

/ / /

1    Mr. Patterson will depart on a Pacific cruise on March 16, 2024, returning to Los Angeles
2 on March 31, 2024.  He will also be out-of-the state in Florida on April 11-12, 2024, for a client
3 event.
4    Mr. Turoci has a separate pre-paid cruise booked from March 21 through April 7, 2024.
5    Counsel therefore requests that the Court reset the hearing from March 27, 2024, to a date
6 and time convenient to the Court on April 8, 9, 10, 15-19, 2024.

8  DATED:  February 27, 2024                    LGI LLP
                                                LAWYERS GROUP INTERNATIONAL

10                                              By_____
                                                   Bradley A. Patterson
11                                              Attorney for Creditor Prominence Capital Partners,
12                                              LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
LGI LLP; 1 PARK PLZ STE 600; IRVINE, CALIFORNIA 92614

A true and correct copy of the foregoing document entitled (*specify*): _____
MOTION TO CONTINUE HEARING DATE
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/27/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached service list.

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/27/2024 | Bradley A. Patterson | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*          **F 9013-3.1.PROOF.SERVICE**

Benjamin Heston on behalf of Debtor Jared Hunter Scarth:
bhestonecf@gmail.com benheston@recap.email NexusBankruptcy@jubileebk.net

Bradley A Patterson on behalf of Interested Party Courtesy NEF:   bapatterson@lgilaw.com

Todd L Turoci on behalf of Interested Party: Todd Turoci mail@theturocifirm.com

Jennifer C Wong on behalf of Interested Party Courtesy NEF:
bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com

Rod Danielson (TR):  notice-efile@rodan13.com

United States Trustee (RS):  ustpregion16.rs.ecf@usdoj.gov