**THE TUROCI FIRM**
Todd Turoci (State Bar No. 160059)
3845 Tenth Street
Riverside, CA 92501
Telephone: 951-784-1678
Facsimile: 866-762-0618
Email: mail@theturocifirm.com

Attorney for Creditor Western Star Financial, Inc.

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JARED HUNTER SCARTH,<br><br>Debtor. | Chapter 13<br><br>Case No. 6:23-bk-12742-WJ<br><br>**DECLARATION OF TODD TUROCI IN SUPPORT OF MOTION TO CONTINUE HEARING DATE**<br><br>**Current Hearing Date:**<br><br>    DATE: March 27, 2024<br>    TIME: 3:30 p.m.<br>    CTRM: 304<br>            U.S. Bankruptcy Court<br>            3420 Twelfth Street<br>            Riverside, CA 92501 |

### DECLARATION OF TODD TUROCI

I, Todd Turoci, declare as follows:

1. I am an attorney at law, duly licensed by the State of California, and admitted to practice before this Court. The following statements are based on my personal knowledge. If called as a witness, I could and would testify competently thereto.

2. I represent creditor Western Star Financial, Inc. in the above-referenced chapter 13 bankruptcy case.

1

3.    I have read the Court's Scheduling Order [Doc #46] requiring in person appearances at a hearing on March 27, 2024. I will be out of the country on that date and unavailable to attend the hearing in person. I have a pre-paid, nonrefundable vacation that was booked before receiving notice of this hearing.

4.    I will be on vacation from March 21 through April 7, 2024. I am available on April 8, 9, 10, 15-19, 2024.

5.    I request that the Court reset the hearing from March 27, 2024, to a date and time convenient to the Court on April 8, 9, 10, 15-19, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 28th day of February 2024 in Riverside, California.

Todd Turoci, Attorney for
Creditor Western Star Financial, Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3845 Tenth Street, Riverside, CA 92501

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF TODD TUROCI IN SUPPORT OF MOTION TO CONTINUE HEARING DATE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/28/24, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Rod Danielson (TR)**   notice-efile@rodan13.com
- **Benjamin Heston**   bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- **Bradley A Patterson**   bapatterson@lgilaw.com
- **Todd L Turoci**   mail@theturocifirm.com
- **United States Trustee (RS)**   ustpregion16.rs.ecf@usdoj.gov
- **Jennifer C Wong**   bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 2/28/24, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge **will be completed** no later than 24 hours after the document is filed.

The Hon. Wayne Johnson
United States Bankruptcy Court
3420 Twelfth St., Ste. 384 / Crtrm 304
Riverside, CA 92501-3819

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge **will be completed** no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/28/24 | Dana Cormey | *(signed)* Dana C |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                               **F 9013-3.1.PROOF.SERVICE**