United States Bankruptcy Court

Central District of California

In re:  
Jared Hunter Scarth  
    Debtor

Case No. 23-12742-WJ  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 2  
Date Rcvd: Mar 13, 2024      Form ID: van154      Total Noticed: 17

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jared Hunter Scarth, 31222 Mangrove Dr, Temecula, CA 92592-4176 |
| intp | + | Todd Turoci, The Turoci Firm, 3845 10th Street, Riverside, CA 92501-3519 |
| cr | + | Western Star Financial, Inc., The Turoci Firm, 3845 10th Street, Riverside, CA 92501, UNITED STATES 92501-3519 |
| 41579953 | | Dept of Tax and Fee Administration, 2480 Hilborn Rd Ste 200, Fairfield, CA 94534-1820 |
| 41579954 | | Murrieta Springs Retail Group, LLC, 7152 ALMADEN LANE, CARLSBAD, CA 92009-6246 |
| 41579955 | | Powerstone Property Management, PO Box 15446, Santa Ana, CA 92735-0446 |
| 41579957 | | Riverside County Tax Collector, 4080 Lemon St, 4th Floor, Riverside, CA 92501-3609 |
| 41579960 | | Western Star Financial, 3845 10th St, Riverside, CA 92501-3519 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Mar 14 2024 04:38:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Mar 14 2024 04:38:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41579952 | | EDI: CITICORP | Mar 14 2024 04:38:00 | CITIBANK / BEST BUY, 50 Northwest Point Blvd, Elk Grove Vlg, IL 60007-1032 |
| 41689664 | | EDI: CALTAX.COM | Mar 14 2024 04:38:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 41581004 | | Email/PDF: OGCRegionIXBankruptcy@hud.gov | Mar 14 2024 00:49:09 | U.S. Department of Housing and Urban Development, 1 Sansome Street, 12th Floor, San Francisco, CA 94104 |
| 41579958 | | Email/PDF: OGCRegionIXBankruptcy@hud.gov | Mar 14 2024 00:49:09 | US Department of HUD, 1 Sansome Street, 12th Floor, San Francisco, CA 94104-4430 |
| 41579956 | | Email/Text: Chris@pro-capllc.com | Mar 14 2024 00:43:00 | Prominence Capital Partners, LLC, 974 Sandstone Dr, Glendora, CA 91740-5392 |
| 41579959 | + | EDI: WFFC2 | Mar 14 2024 04:38:00 | Wells Fargo Bank, PO Box 1629, Minneapolis, MN 55440-1629 |
| 41585920 | + | EDI: WFFC2 | Mar 14 2024 04:38:00 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0973-6 | User: admin | Page 2 of 2
Date Rcvd: Mar 13, 2024 | Form ID: van154 | Total Noticed: 17

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| cr | | WELLS FARGO BANK, N.A. |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2024              Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Jared Hunter Scarth bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Bradley A Patterson | on behalf of Interested Party Todd Turoci bapatterson@lgilaw.com |
| Bradley A Patterson | on behalf of Interested Party Courtesy NEF bapatterson@lgilaw.com |
| Jennifer C Wong | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| Todd L Turoci | on behalf of Interested Party Courtesy NEF mail@theturocifirm.com |
| Todd L Turoci | on behalf of Creditor Western Star Financial Inc. mail@theturocifirm.com |
| Todd L Turoci | on behalf of Interested Party Todd Turoci mail@theturocifirm.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 9

FORM CACB van154–od13vdr
Rev. 06/2017

# United States Bankruptcy Court
## Central District of California

3420 Twelfth Street, Riverside, CA 92501–3819

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF
# CHAPTER 13 [11 U.S.C. § 1307(b)]

**DEBTOR INFORMATION:**
Jared Hunter Scarth

**BANKRUPTCY NO.** 6:23–bk–12742–WJ

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any): xxx–xx–7621
Employer Tax–Identification (EIN) No(s).(if any): N/A
**Debtor Dismissal Date:** 3/13/24

**Address:**
31222 Mangrove Dr
Temecula, CA 92592–4176

Based on debtor's request, IT IS ORDERED THAT:

(1) debtor's bankruptcy case is dismissed; and

(2) the court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: March 13, 2024

BY THE COURT,

**Wayne E. Johnson**
United States Bankruptcy Judge

Form van154–od13vd Rev. 06/2017

**54 / EZ**