# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Monday, March 25, 2024**                                                                        **Hearing Room   304**

**10:30 AM**
**6:23-12742    Jared Hunter Scarth**                                                                        **Chapter 13**

#13.00    Confirmation of Chapter 13 Plan

From: 8-9-23, 11-20-23

Docket    1
*** VACATED ***    REASON: SCHEDULING ORDER ENTERED 1-30-24; CONT'D TO 3-27-24 AT 3:30 P.M.

**Matter Notes:**

- NONE LISTED -

**Tentative Ruling:**

### Party Information

**Debtor(s):**

Jared Hunter Scarth                                    Represented By
                                                                Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)                                   Pro Se