# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Monday, March 25, 2024**             **Hearing Room**    **304**

**10:30 AM**
**6:23-12742**    **Jared Hunter Scarth**                                          **Chapter 13**

    **#14.00**    Hrg re status conference regarding confirmation of the chapter 13 plan

               FROM: 7-19-23, 11-20-23

                                    Docket     1
       *** VACATED ***    REASON: SCHEDULING ORDER ENTERED 1-30-24; CONT'D TO 3-27-24 AT 3:30 P.M.

**Matter Notes:**

    - NONE LISTED -

**Tentative Ruling:**

| Party Information |
|---|

**Debtor(s):**

    Jared Hunter Scarth                              Represented By
                                                   Benjamin Heston

**Trustee(s):**

    Rod Danielson (TR)                             Pro Se