# United States Bankruptcy Court
## Central District of California
### Riverside
#### Wayne Johnson, Presiding
#### Courtroom 304 Calendar

**Wednesday, March 27, 2024**                                      **Hearing Room      304**

---

3:30 PM
**6:23-12742     Jared Hunter Scarth**                                      **Chapter 13**

**#36.00**    Confirmation of Chapter 13 Plan

From: 8-9-23, 11-20-23, 3-25-23

Docket      1
*** VACATED ***    REASON: CASE DISMISSED 3-13-24

**Matter Notes:**

- NONE LISTED -

**Tentative Ruling:**

| Party Information |
|---|

**Debtor(s):**

Jared Hunter Scarth                    Represented By
                                       Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)                     Pro Se